# Third District Court of Appeal

## State of Florida

Opinion filed May 25, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2182
Lower Tribunal Nos. 05-32408, 06-11733, 09-636A

_____


**Andres Saladin,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal from the Circuit Court for Miami-Dade County, Teresa Pooler, Judge.

Carlos J. Martinez, Public Defender, and Marti Rothenberg, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.


Before WELLS, SHEPHERD and FERNANDEZ, JJ.

WELLS, Judge.

Andres Saladin appeals the trial court's revocation of his probation and sentence.

We affirm without discussion the revocation and sentence as the State proved by a preponderance of the evidence the violation relied on by the trial court to revoke Saladin's probation. However, we remand the case to the trial court for entry of a written order to conform to the trial court's oral pronouncement, a necessary step which the trial court failed to do in this case. See Hulse v. State, 170 So. 3d 911, 912 (Fla. 3d DCA 2015); Owens v. State, 141 So. 3d 259 (Fla. 3d DCA 2014); Brown v. State, 127 So. 3d 831 (Fla. 3d DCA 2013).

The order and sentence are affirmed; the case is remanded with directions.